Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
DAVID LIN

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| DAVID LIN, | ) |
| Plaintiff, | ) **Case No.:** 2:19-cv-746 |
| v. | ) |
| GC SERVICES, LP, | ) |
| Defendant. | ) |

**NOTICE OF SETTLEMENT**

Plaintiff, DAVID LIN, ("Plaintiff"), through his attorney, Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

**[INTENTIONALLY BLANK]**

1

```
 1                                    Respectfully submitted,
 2    DATED:  February 25, 2019       AGRUSS LAW FIRM, LLC
 3
 4
                                      By /s/ Michael S. Agruss
 5                                        Michael S. Agruss
                                          Attorney for Plaintiff
 6                                        DAVID LIN
 7
 8
...
28
```

## **CERTIFICATE OF SERVICE**

     On February 25, 2019, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Jennifer M. Warren, at jennifer@rudnickifirm.com.

                                        By /s/ Michael S. Agruss
                                              Michael S. Agruss